IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARY AKU QUARTEY              *

     v.                            *   CIVIL ACTION NO.  RWT-09-3466

JOHN E. POTTER, et al.             *
                                   ***

## **MEMORANDUM OPINION**

On December 29, 2009, Plaintiff, a "temporary" resident of Washington, D.C., filed this fee-paid action against the U.S. Postmaster General and other unidentified individuals. She raises the following fantastic and fanciful claims against Postmaster General Potter.

> [He] used "me to event wild word communication form the safe light with Verizon Company.  Wealth involved in billions was signed as contract on behalf of Mary Aku Quartey or the predictor.  I was the first person used to test from the safe light.  Please order Mr. John E. Potter to place my heart and heart beat in position.   I was also used by Mr. John E. Potter to generate wealth in millions from business men.

(Paper No. 1 at 1-2).   Plaintiff asks for an injunction ordering "Percentage of wealth received in Mary Aku Quartey's name or the Predictor."  (Id. at 3).

Plaintiff has paid the full filing fee.  Nonetheless, it is well established that a court has broad inherent power sua sponte to dismiss an action, or part of an action, which is frivolous, vexatious, or brought in bad faith.  Therefore, this Court has the discretion to dismiss a case at any time, notwithstanding the payment of any filing fee or any portion thereof, if it determines that the action fails to state a claim.  See Fitzgerald v. First East Seventh Street Tenants Corp., 221 F.3d 362, 363-64 ($2^d$ Cir. 2000).  The court finds that the instant matter is subject to dismissal.  A separate order follows.

Date: January 12, 2010                           /s/
                                                    ROGER W. TITUS
                                      UNITED STATES DISTRICT JUDGE